# Exhibit 1

**District 1**

# Case Summary

**Case No. 2025L007980**

| | | | | |
|---|---|---|---|---|
| Roxanne LaFleur -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD. | § § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, C** **06/23/2025** **56079** | |

---

## Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025 Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007980 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, C |

---

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **LaFleur, Roxanne** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |

## Case Summary

**Case No. 2025L007980**
**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

---

### Events and Orders of the Court

08/22/2025   Summons Served - Corporation/Company/Business
*Affidavit of Service of Summons on defendant, Midea*
  Party:   Plaintiff LaFleur, Roxanne
*Affidavit of Service of Summons on defendant, Midea*

08/19/2025   *CANCELED* **First Time Case Management**   (9:30 AM)   (Judicial Officer: Johnson, Sarah Rodak)
  Resource: Location L2203 Court Room 2203
  Resource: Location D1 Richard J Daley Center
  *Order of Court*

08/08/2025   Summons Issued And Returnable
*Summons to Corelle Brands*
  Party:   Plaintiff LaFleur, Roxanne
*Summons to Corelle Brands*

08/08/2025   Summons Issued And Returnable
*Summons to Midea America*
  Party:   Plaintiff LaFleur, Roxanne
*Summons to Midea America*

07/24/2025   Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
  Party:   Plaintiff LaFleur, Roxanne

07/24/2025   Place On Bankruptcy Calendar - Allowed -     (Judicial Officer: Lyons, Thomas V., II)
  Party:   Plaintiff LaFleur, Roxanne

07/16/2025   Electronic Notice Sent
  Party:   Plaintiff LaFleur, Roxanne
  Party 2:   Attorney Cesarone, Frank Vincent

07/16/2025   Electronic Notice Sent
  Party:   Plaintiff LaFleur, Roxanne
  Party 2:   Attorney Cesarone, Frank Vincent

07/07/2025   Notice Filed
*Plaintiff's Notice of Stay (LaFleur)*
  Party:   Plaintiff LaFleur, Roxanne
*Plaintiff's Notice of Stay (LaFleur)*

06/23/2025   New Case Filing

06/23/2025   Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Complaint & Jury Demand (LaFleur)*
  Party:   Plaintiff LaFleur, Roxanne
  Party 2:   Attorney Cesarone, Frank Vincent
*Complaint & Jury Demand (LaFleur)*

06/23/2025   Exhibits Filed
*Civil Cover Sheet (LaFleur)*
  Party:   Plaintiff LaFleur, Roxanne
  Party 2:   Attorney Cesarone, Frank Vincent

**District 1**

## Case Summary

**Case No. 2025L007980**

*Civil Cover Sheet (LaFleur)*

Printed on 03/26/2026 at 7:54 AM